No. 288.   DALEY ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *James R. Murphy* and *Clayton L. Burwell* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Rice* and *Lee A. Jackson* for the United States.

No. 291.   HELMIG *v.* ROCKWELL MANUFACTURING Co. ET AL.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.   *Paul Ginsburg* for petitioner. *A. W. Henderson* for the Rockwell Manufacturing Co., and *Carl E. Glock* for the Bethlehem Steel Co., respondents.

No. 292.   KAHLA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   *Bernard A. Golding* for petitioner.

No. 293.   NATIONAL DRYING MACHINE Co. *v.* ACKOFF ET AL.   C. A. 3d Cir.   Certiorari denied.   *Louis Necho* for petitioner.   *Nochem S. Winnet* for respondents.

No. 294.   GARNER ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *C. P. J. Mooney* and *R. G. Draper* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 300.   REDDICK *v.* MARYLAND EX REL. SYBERT, ATTORNEY GENERAL.   Court of Appeals of Maryland. Certiorari denied.   *Morgan L. Amaimo* for petitioner. *C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.* and *Norman P. Ramsey,* Assistant Attorneys General, for respondent.